No. 898. YATES ET AL. *v.* HODGES ET UX. Sup. Ct. Miss. Certiorari denied. *Malcolm B. Montgomery* for petitioners. *W. H. Jolly* for respondents.

No. 900. ROOT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Marshall* for the United States.

No. 901. DE LUCIA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. *Jack Wasserman* and *David Carliner* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Charles Gordon* for respondent.

No. 902. TRAVEL CONSULTANTS, INC. *v.* TRAVEL MANAGEMENT CORP. C. A. D. C. Cir. Certiorari denied. *Worth Rowley* and *Lenox G. Cooper* for petitioner. *Lucien Hilmer* and *J. H. Krug* for respondent.

No. 907. MARBRO FOOD SERVICE, INC., DBA FAB'S FAMOUS FOODS CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied. *Clement John Murphy, Jr.,* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 926. BETHLEHEM STEEL CO. ET AL. *v.* UNITED STATES. C. C. P. A. Certiorari denied. *Abraham J. Harris* and *Marvin J. Coles* for petitioners. *Solicitor General Marshall, Assistant Attorney General Sanders* and *Alan S. Rosenthal* for the United States.